UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Wesla Hanson

                  Plaintiff(s),

- against -

Shannon Hanson

                  Defendant(s),
------------------------------------------------------------X

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #:
    DATE FILED: 3/8/18

    18 Civ. 0695 ( KPF )

**CLERK'S CERTIFICATE
OF DEFAULT**

    I, **RUBY J. KRAJICK**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 25, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Shannon Hanson by personally serving counsel for the Defendant, who agreed to accept service, and proof of service was therefore filed on February 2, 2018, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

    March 8, 2018

                                                                   **RUBY J. KRAJICK**
                                                                     Clerk of Court

                                                      By: _____
                                                                   Deputy Clerk

SDNY Web 3/2015

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18 CV 0695

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:

Pursuant to agreement among counsel I served the summons upon William Beslow, Esq., an attorney authorized to accept service on behalf of the Defendant, by Priority Mail to Law Office of William S. Beslow, 623 Fifth Avenue, New York, NY 10022, with a soft copy by email. Delivery 1/31/18.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/01/2018

*Server's signature*

Wesley M. Mullen

*Printed name and title*

MULLEN PC
200 Park Avenue
Suite 1700
New York, NY 10166

*Server's address*

Additional information regarding attempted service, etc: