**WESLEY M. MULLEN**                              **MULLEN P.C.**
                                            THE METLIFE BUILDING
                                        200 PARK AVENUE | SUITE 1700
                                             NEW YORK, NY 10166

                                                         March 15, 2019

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Failla_NYSDChambers@nysd.uscourts.gov

<u>VIA ECF & EMAIL</u>

   Re: <u>Hanson v. Hanson</u>, No. 1:18-cv-0695-KPF

Your Honor,

I represent Plaintiff Wesla Hanson. I write pursuant to the Court's Order of February 26, 2019, (ECF Doc. No. 36), which directed the parties to file a revised case management plan on or before March 15, 2019.

Plaintiff's proposed case management plan is filed herewith as Exhibit A.

I requested Defendant's comment or consent by email to counsel on March 11 and 14. Having had no response, Plaintiff files this plan without consent, and requests that the Court so order it.

Respectfully,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

WMULLEN@MULLENPC.COM | (646) 632-3718